# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO. 5:12-cr-29-JA-PRL

**DAVID PRESTON ROGERS**

## ORDER

On July 23, 2012, Defendant David Preston Rogers committed the offense of Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 851. Defendant entered a plea, and on September 19, 2013, the Court sentenced Defendant to 262 months imprisonment. Pursuant to Fed. R. Crim. P. 35(b), the Court later reduced that sentence to 192 months.

Defendant now files his *pro se* Motion to Reduce Sentence Pursuant to Section 404 of the First Step Act of 2018. (Doc. 89). On receipt of Defendant's motion, the Federal Public Defender was appointed to represent Defendant (Doc. 91), and the Probation Office was directed to submit a memorandum addressing Defendant's eligibility. (Doc. 92).

The Probation Office filed its original memorandum on April 15, 2022 (Doc. 97) and an amended memorandum on April 18, 2022. (Doc. 98). The Probation Office found Defendant ineligible for a sentence reduction as

Defendant's original sentence was imposed in accordance with the Fair Sentencing Act of 2010, the retroactive application of the Fair Sentencing Act does not reduce the applicable penalties, and the offense of conviction involved the distribution of cocaine and is thus not a "covered offense." (*Id.*). Additionally, Defendant was deemed a Career Offender pursuant to U.S.S.G. §4B1.1. (*Id.*).

The Federal Public Defender later filed its notice that it would not be filing a motion to reduce Defendant's sentence under Section 404 of the First Step Act of 2018 agreeing that Defendant's underlying offense does not qualify as a covered offense under Section 404(a) of the First Step Act of 2018. (Doc. 99).

The Government did not respond.

The Court finds that Defendant's underlying offense is not a "covered offense" under Section 404 of the First Step Act and accordingly, Defendant's *pro se* Motion to Reduce Sentence Pursuant to Section 404 of the First Step Act of 2018 (Doc. 89) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on May 24, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office

Counsel for Defendant
David Preston Rogers